Argued April 4—decided April 4, 1978

### SHARON A. SMITH *v.* LAMAR L. SMITH

It appearing that the plaintiff in the above-entitled case has failed to prosecute her appeal from the Superior Court in New Haven County with proper diligence, it is, under Practice Book § 696,

ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the plaintiff on or before May 4, 1978, files her brief.

*Gerald H. Kahn,* for the appellant (plaintiff).

No appearance for the appellee (defendant).

Argued April 4—decided April 4, 1978